# Third District Court of Appeal
## State of Florida

Opinion filed June 1, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1598
Lower Tribunal No. F20-11706

————————

**Christian Cubillo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Christian Cubillo, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.